FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14-1934M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Fernando Lopez, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her (probation) [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓). The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior failure to appear, outstanding warrant,

1 apparently absconded from supervision, no apparent bail resources,
2 history of substance abuse, apparently committed new
3 offenses while on absconder status
4 (and)/or
5 B.  (✓)  The defendant has not met (his)/her burden of establishing by
6 clear and convincing evidence that (he)/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: committed new offenses while on absconder status,
10 history of drug abuse, prior firearms offenses

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated:  9/30/14                           /s/ Jean Rosenbluth
                                              JEAN ROSENBLUTH
18                                            U.S. MAGISTRATE JUDGE